**FILED**

11/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0418

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No. DA 21-0418

IN RE THE MARRIAGE OF:                )
                                      )   **ORDER GRANTING**
JENNIFER L. RUSSUM,                   )   **UNCONTESTED MOTION**
                                      )   **TO EXTEND MEDIATION**
    Petitioner and Appellant,     )   **DEADLINE**
                                      )
and                                   )
                                      )
MATTHEW S. WENDT,                     )
                                      )
    Respondent and Appellee.      )
_____)

Appellant, Jennifer L. Russum, has moved this Court for a 30-day extension, from November 8, 2021, up to and including December 8, 2021, in which to conduct the mediation in this matter. Appellee does not oppose the motion.

IT IS HEREBY ORDERED that the parties shall have up to and including December 8, 2021, to conduct mediation in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 4 2021